UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

-vs-                                                                                       Case No.:  2:02-cr-81-FtM-29SPC

LEROY BASS, JR.

_____

**ORDER**

This matter comes before the Court on the Motion for Bond (Doc. #72) filed on May 16, 2011.  The Defendant moves the Court for the imposition of a reasonable bond pending further revocation proceedings.  The Court held a hearing on June 9, 2011, to hear argument of Counsel on the instant motion.  John Mills, Esq., appeared on behalf of the Defendant.  Douglas Molloy, Assistant United States Attorney, appeared on behalf of the Government.

The Defendant argues the imposition of bond is appropriate and the Defendant's father is willing to supervise the Defendant while on house arrest to assure his compliance with the conditions of release.  The Government argues the Defendant should be detained due to the violations of his supervised release and the subsequent violation of his bond.  Probation officer Beau Krueger stated that, although a good relationship was fostered with the Defendant's parents, it is concerning that the Defendant has violated supervision twice.

The Court considered the reports provided by Probation, the arguments of Counsel and the witnesses' testimony.  The Court finds sufficient cause to reinstate the bond and conditions of release originally imposed.  See Order Setting Conditions of Release Doc. #52.  The Defendant will not be released until a telephone landline is installed at his parent's residence for monitoring purposes.

Accordingly, it is now

**ORDERED:**

The Motion for Bond (Doc. #72) is **GRANTED.**

**DONE AND ORDERED** at Fort Myers, Florida, this 10th day of June, 2011.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE


Copies: All Parties of Record