UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

-vs-                                                                 Case No.:  2:02-cr-81-FtM-29DNF

LEROY BASS, JR.

_____

**ORDER**

This matter comes before the Court regarding the Court's Order granting Bond. On June 9, 2011, the Court heard argument regarding the Defendant's Motion for Bond. The Court granted the Motion and indicated the defendant's release was contingent upon the installation of a telephone landline for monitoring purposes by the Probation department. The Court has been notified that the landline requirement has been satisfied. Thus, the Defendant is due to be released from the custody of the U.S. Marshals forthwith and as outlined below. Accordingly, it is now

**ORDERED:**

The Defendant, Leroy Bass, Jr., shall be released from the custody of the U.S. Marshals immediately upon receipt of this Order. The Defendant is subject to the same terms and conditions of release as previously imposed by the Court. A violation of any of the conditions of release may result in the immediate issuance of a warrant for arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

**DONE AND ORDERED** at Fort Myers, Florida, this   10th   day of June, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record